DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DRY UP RESTORATION, LLC,**
Appellant,

v.

**AV GROUP 2018, INC.,**
Appellee.

No. 4D23-0878

[September 7, 2023]

Nonfinal appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Carlos A. Rodriguez, Judge; L.T. Case No. CACE22-004240.

Brian S. Behar of Behar, Gutt & Glazer, P.A., Fort Lauderdale, for appellant.

Michael A. Giasi of Giasi Law, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***